1086

No. 88–6408.  MALONEY v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 88–6409.  WEAVER v. REDMAN, WARDEN, ET AL.  C. A.
3d Cir.  Certiorari denied.

No. 88–6411.  DEAN v. SEABOLD, WARDEN, ET AL.  C. A. 6th
Cir.  Certiorari denied.

No. 88–6412.  MORLETT v. LYNAUGH, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 88–6414.  KETTLESON v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 88–6417.  DEMOS v. SUPREME COURT OF WASHINGTON.
Sup. Ct. Wash.  Certiorari denied.

No. 88–6420.  PRICE v. MARYLAND.  C. A. 4th Cir.  Certio-
rari denied.

No. 88–6422.  KRAUS ET UX. v. CRETE STATE BANK.  Sup.
Ct. Neb.  Certiorari denied.

No. 88–6423.  MOLINA v. ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.

No. 88–6425.  PRYMER v. ANDERBERG.  App. Ct. Ill., 2d Dist.
Certiorari denied.

No. 88–6428.  MAULICK v. ISRAEL, WARDEN, ET AL.  C. A.
4th Cir.  Certiorari denied.

No. 88–6429.  EDLIN v. MISSISSIPPI.  Sup. Ct. Miss.  Certio-
rari denied.

No. 88–6431.  BRENNAN v. CITY OF MOUNT DORA, LAKE
COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 88–6436.  WAYNO v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 88–6439.  DENIAL v. SMITH, SECRETARY, PENNSYLVANIA
DEPARTMENT OF EDUCATION.  C. A. 3d Cir.  Certiorari denied.